IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOWARD HAWKINS,                )
    Petitioner,            )
                               )
    v.                     )  Civil Action No. 08-1605
                               )    (Criminal No. 05-6)
UNITED STATES OF AMERICA,)
    Respondent.            )

## ORDER

AND NOW, this 21st day of November, 2008, the Court, having received petitioner's motion to vacate [document #89 at Criminal No. 05-6], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before December 31, 2008.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before January 20, 2009.

BY THE COURT:

s/Gary L. Lancaster        , J.
Hon. Gary L. Lancaster,
United States District Judge

cc:   Howard Hawkins, #08404-068
      USP-Allenwood
      P.O. Box 3000
      White Deer, PA 17887

      Constance M. Bowden,
      Assistant United States Attorney
      400 U.S. Post Office & Courthouse
      Pittsburgh, PA 15219