IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
          v.                      )     Criminal No. 05-6
                                  )(Civil Action No. 08-1605)
HOWARD HAWKINS                    )

                              ORDER

     AND NOW, this 31st day of December, 2008, upon motion of

the United States of America for an extension of time to file its

response to defendant's motion to vacate his sentence, IT IS HEREBY

ORDERED that the motion is **GRANTED** and the government‡s response

shall be filed on or before January 14, 2009.

     IT IS FURTHER ORDERED that any reply to the government‡s

response shall be filed on or before February 6, 2009.


                         s/Gary L. Lancaster          ,J.
                         Gary L. Lancaster,
                         United States District Court Judge